## VAS GRIDER v. STATE.

No. A-8727.  June 28, 1934.
(34 Pac. [2d] 607.)

Morrill & Snodgrass, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, hereinafter called defendant, was convicted in the district court of Jackson county of a second and subsequent violation of the liquor law, and was sentenced to pay a fine of $250 and serve 30 days in the county jail.

The appeal is by transcript. Judgment was entered December 30th, and the appeal was lodged in this court April 29th. No briefs in support of the appeal have been filed. No reason for this court to interfere with the judgment appears.

The case is affirmed.